# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTINE GOLD, *Plaintiff,* v. ELISABETH DEVOS, *et al.*, *Defendants*. | Civil Action No. 18-2706 (RDM) |

## ERRATA

The undersigned files this Errata to alert the Court that during the Scheduling Conference on February 7, 2019, the undersigned inadvertently stated that the parties had not discussed the possibility of discovery. After the hearing, the undersigned conferred with opposing counsel and realized that the parties had, in fact, discussed the topic in a prior telephone conversation. The undersigned apologizes for the misstatement.

DATED: February 7, 2019

Respectfully submitted,

JESSIE K. LIU
D.C. BAR # 472845
United States Attorney

DANIEL F. VAN HORN
D.C. BAR # 924092
Civil Chief

   /s/ Joshua L. Rogers
JOSHUA L. ROGERS
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 Fourth Street, NW
Washington, DC 20530
(202) 252-2578