# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTINE GOLD, *Plaintiff,* v. ELISABETH DEVOS, *et al.*, *Defendants*. | Civil Action No. 18-2706 (RDM) |

## CONSENT MOTION FOR EXTENSION OF TIME

Defendants, by and through undersigned counsel, move pursuant to Federal Rule of Civil Procedure 6(b)(1) for an enlargement of time of 14 days to: 1) file their answer or otherwise respond to the Complaint; and 2) appear before the Court for a Status Conference. Defendants have sought one prior extension in this case.

1. Plaintiff filed her complaint on November 20, 2018.

2. The Court held a Status Conference on February 7, 2019. Pursuant to the Court's February 7, 2019 Minute Entry, another Status Conference is currently scheduled for March 7, 2019 at 11:30 am.

3. Defendants' answer to Plaintiff's Complaint is due on March 14, 2019.

4. There is good cause for the requested extension. The Assistant United States Attorney who had been assigned to this matter began an unexpected and extended medical leave of absence from the office during the week of February 4, 2019, from which he has not yet returned. As a result of this Assistant United States Attorney's extended absence, 89 of his active cases were transferred within the U.S. Attorney's Office to a newly hired Assistant United States Attorney, the undersigned, who began employment on February 11, 2019.

5. This motion is being filed in good faith and not for purposes of gaining any unfair advantage through delay. Undersigned counsel needs time to review the pleadings and confer with the Agency about this case.

6 Accordingly, for its Answer or other response to Plaintiff's Complaint and for the next Status Conference, Defendants request a 14-day extension.

7. In accordance with Local Civil Rule 7(m), the undersigned contacted opposing counsel by telephone to learn Plaintiff's position on this Motion. Plaintiff consents to the 14-day extension of both Defendant's Answer deadline, and the date of the next Status Conference.

WHEREFORE, Defendants respectfully request that the Court extend the time for Defendants to file their Answer to Plaintiff's Complaint, up to and including March 28, 2019 and reschedule the next Status Conference for March 21, 2019.

DATED: March 5, 2019                    Respectfully Submitted,

                                        JESSIE K. LIU
                                        D.C. BAR # 472845
                                        United States Attorney

                                        DANIEL F. VAN HORN
                                        D.C. BAR # 924092
                                        Civil Chief

                                           /s/ Diana V. Valdivia
                                        DIANA V. VALDIVIA
                                        Assistant United States Attorney
                                        United States Attorney's Office
                                        Civil Division
                                        555 Fourth Street, NW
                                        Washington, DC 20530
                                        (202) 252-2545
                                        diana.valdivia@usdoj.gov